United States District Court
Eastern District of Arkansas
Jonesboro Division

| | |
|---|---|
| **Eric Lawrence**, | Case No. 3:15-cv-00279-BSM |
| Plaintiff, | |
| v. | |
| **Backgroundchecks.com**, | |
| Defendant. | |

___

## Stipulation of Dismissal
___

Plaintiff Eric Lawrence and Defendant Backgroundchecks.com, file this Stipulation of Dismissal with prejudice pursuant to Rule 41(a)(2) and state as follows:

1. Plaintiff and Defendant have reached a settlement which fully resolves all of Plaintiff's claims against Defendant.

2. Plaintiff and Defendant further agree that each side will bear its own attorney fees and costs.

WHEREFORE, Plaintiff and Defendant request that the Court dismiss this case with prejudice, and such other relief as this Court deems equitable and just.

Respectfully submitted,

| | |
|---|---|
| _s/G. John Cento_<br>G. John Cento<br>Cento Law, LLC<br>334 North Senate Avenue<br>Indianapolis, Indiana 46204<br>(317) 908-0678<br>cento@centolaw.com<br><br>Attorney for Plaintiff | _s/John G. Papianou (by consent)_<br>John G. Papianou<br>Montgomery, McCracken, Walker & Rhoads, LLP<br>123 South Broad Street<br>Philadelphia, PA 19109<br>(215) 772-7389<br>jpapianou@mmwr.com<br><br>Attorney for Defendant |

## Certificate of Service

     I hereby certify that the foregoing was filed electronically this 9th day of May 2016. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                        *s/ G. John Cento*
                                        G. John Cento