**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**ERIC LAWRENCE**                                                                                 **PLAINTIFF**

**v.**                            **CASE NO. 3:15CV00279 BSM**

**BACKGROUNDCHECKS.COM**                                       **DEFENDANT**

## ORDER

Pursuant to the parties' stipulation of dismissal [Doc. No. 16], this case is dismissed with prejudice, with each party to bear its own fees and costs. An appropriate judgment shall accompany this order.

IT IS SO ORDERED this 10th day of May 2016.

_____
UNITED STATES DISTRICT JUDGE