**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**ERIC LAWRENCE**                                                                                        **PLAINTIFF**

**v.**                                        **CASE NO. 3:15CV00279 BSM**

**BACKGROUNDCHECKS.COM**                                                            **DEFENDANT**

**JUDGMENT**

Consistent with the order entered separately today, this case is hereby dismissed with prejudice.

IT IS SO ORDERED this 10th day of May 2016.

_____
UNITED STATES DISTRICT JUDGE